IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JARRETT BROWN, | * |
| | * |
| Plaintiff, | *   Case No. 3:18-cv-00069-LG-LRA |
| | * |
| vs. | * |
| | * |
| JACOB LAW GROUP, PLLC AND | * |
| LVNV FUNDING, LLC, | * |
| | * |
| Defendants. | * |

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Submitted March 20, 2018           Respectfully submitted,

                                                  s/Curtis R. Hussey
                                                Curtis R. Hussey
                                                MSB No. 9495
                                                Hussey Law Firm, LLC
                                                10 N. Section Street, No. 122
                                                Fairhope, AL 36532-1896
                                                Telephone: (251) 928-1423
                                                Facsimile: (866) 317-2674
                                                chussey@consumerlawinfo.com
                                                Attorney for Jarrett Brown

Correspondence address:
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206

## CERTIFICATE OF SERVICE

I certify that on March 20, 2018, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Curtis R. Hussey
Curtis R. Hussey