## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| JARRETT BROWN, | * |
| | * |
| Plaintiff, | *   Case No. 3:18-cv-00069-LG-LRA |
| | * |
| vs. | * |
| | * |
| JACOB LAW GROUP, PLLC AND | * |
| LVNV FUNDING, LLC, | * |
| | * |
| Defendants. | * |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff submits this notice of dismissal prior to the service of any answer or motion for summary judgment by any defendant. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff gives notice that this civil action is hereby dismissed with prejudice, and without fees or costs to any party.

Submitted May 10, 2018               Respectfully submitted,

s/Curtis R. Hussey
Curtis R. Hussey
MSB No. 9495
Hussey Law Firm, LLC
10 N. Section Street, No. 122
Fairhope, AL 36532-1896
Telephone: (251) 928-1423
Facsimile: (866) 317-2674
chussey@consumerlawinfo.com
Attorney for Jarrett Brown

Correspondence address:
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618

Mesa, AZ 85206

## CERTIFICATE OF SERVICE

I certify that on May 10, 2018, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Curtis R. Hussey
Curtis R. Hussey

2